IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NEVLON MORGAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-2589-L** |
| § | |
| **CAROLYN W. COLVIN,** § | |
| **Acting Commissioner of Social Security,** § | |
| § | |
| Defendant. § | |

## ORDER

This social security case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 6, 2016, recommending that the decision of the Commissioner of the Social Security Administration ("Commissioner") be reversed and remanded for further proceedings consistent with her Report. No objections to the Report were filed.

After reviewing the pleadings, file, the record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report.

**It is so ordered** this 23rd day of September, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page